# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH <br><br> PLAINTIFF(S) <br><br> v. <br><br> EF EDUCATION FIRST, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:20–cv–01068–MWF–PVC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

___2/2/2020___       ____       ____

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: February 3, 2020        By:  /s/ *Edwin Sambrano  edwin_sambrano@cacd.uscourts.gov*
                   Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –