NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Joshua Briones (SBN 205293)
E. Crystal Lopez (SBN 296297)
Matthew J. Novian (SBN 324144)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Tel: 310-586-3200
Fax: 310-586-3202

ATTORNEY(S) FOR: EF EDUCATION FIRST, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,

Plaintiff(s),

v.

EF EDUCATION FIRST, INC.,

Defendant(s)

CASE NUMBER:
2:20-cv-01068-MWF-PVC

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   EF EDUCATION FIRST, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| SHANNON SENSIBAUGH | PLAINTIFF |
| EF EDUCATION FIRST, INC. | DEFENDANT |

| | |
|---|---|
| February 28, 2020 | /s/ E. Crystal Lopez |
| Date | Signature |
| | E. Crystal Lopez |

Attorneys of record for (or name of party appearing in pro per):
EF EDUCATION FIRST, INC.

CV-30 (05/13)    **NOTICE OF INTERESTED PARTIES**

