Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: 310 586 3200
Facsimile: 310 586 3202

Attorneys for Defendant,
EF EDUCATION FIRST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EF EDUCATION FIRST, INC.<br><br>Defendant. | Case No.: 2:20-cv-01068-MWF-PVC<br><br>**NOTICE OF MOTION AND MOTION TO STAY PENDING *BARR V. AAPC*** <br><br>Hon. Michael W. Fitzgerald<br><br>Date:     April 6, 2020<br>Time:    10:00 a.m.<br>Dept:     Courtroom 5A<br><br>Complaint Filed: February 2, 2020 |

1
NOTICE OF MOTION AND MOTION TO STAY PENDING BARR V. AAPC

**PLEASE TAKE NOTICE** that on April 6, 2020 at 10:00 am, or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled court, located at First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Defendant EF Education First, Inc. ("EF") by its attorneys, will move and hereby moves, for an order staying Plaintiff's case against EF until the Supreme Court decides the constitutionality of the TCPA in *Barr v. American Association of Political Consultants Inc.*, 19-631 (Cert. Granted January 10, 2020). The Court may issue this Order through its inherent power to manage the cases on its docket.

The Motion is based upon this Notice of Motion and Memorandum of Points and Authorities in Support thereof, the reply to this Motion, the accompanying Request for Judicial Notice and its exhibits, the Class Action Complaint, and upon such oral argument as may be made at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 20 & 21, 2020.

Dated: February 28, 2020

|  | Respectfully submitted, <br><br> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. <br><br> By: */s/ E. Crystal Lopez* <br>     Joshua Briones <br>     E. Crystal Lopez <br>     Matthew J. Novian <br><br> Attorneys for Defendant EF Education First, Inc. |
|---|---|