Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: 310 586 3200
Facsimile: 310 586 3202

Attorneys for Defendant,
EF EDUCATION FIRST, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EF EDUCATION FIRST, INC.<br><br>Defendant. | Case No.: 2:20-cv-01068-MWF-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING *BARR V. AAPC*** <br><br>Hon. Michael W. Fitzgerald<br><br>Date:  April 6, 2020<br>Time:  10:00 a.m.<br>Dept:  Courtroom 5A<br><br>Complaint Filed: February 2, 2020 |

1

[PROPOSED] ORDER GRANTING MOTION TO STAY PENDING BARR V. AAPC

Before this Court is EF Education First, Inc.'s ("Defendant") Motion to Stay this action until the Supreme Court decides *Barr v. American Association of Political Consultants Inc.*, 19-631 (Cert. Granted January 10, 2020; Oral Argument Scheduled for April 22, 2020). The Court finds a stay is appropriate because the Supreme Court's decision may invalidate 47 U.S.C. § 227(b)(1)(A)(iii), and therefore

**IT IS HEREBY ORDERED** that Defendant's motion to stay the proceedings is **GRANTED**

Dated: _____

                Hon. Michael W. Fitzgerald
                United States District Court Judge