Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone:  310 586 3200
Facsimile:   310 586 3202

Attorneys for Defendant,
EF EDUCATION FIRST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>vs.<br>EF EDUCATION FIRST, INC.<br>Defendant. | Case No.: 2:20-cv-01068-MWF-PVC<br>**DEFENDANT EF EDUCATION FIRST, INC.'S REQUEST FOR JUDICIAL NOTICE  IN SUPPORT OF MOTION TO STAY THE ACTION PENDING *BARR V. AAPC***<br><br>Hon. Michael W. Fitzgerald<br><br>Date:      April 6, 2020<br>Time:     10:00 a.m.<br>Dept:      Courtroom 5A<br><br>Complaint Filed: February 2, 2020 |

Pursuant to Federal Rules of Evidence, Defendant EF Education First, Inc. ("EF") respectfully requests that this Court take judicial notice of the following documents attached as Exhibits A through I in support of its Motion to Stay Pending Ruling by the Supreme Court of the United States in *Barr v. American Association of Political Consultants Inc.*, 19-631 (Cert. Granted January 10, 2020):

- **Exhibit A**: Order Granting Stay in *Wright v. Exp Realty, LLC*, 6:18-cv-1851, Dkt. 96 (M.D. Fla. Feb. 7, 2020)
- **Exhibit B**: First Amended Complaint filed by American Association of Political Consultants in *American Association of Political Consultants Inc. v. Sessions*, No. 5:16-CV-252-D, Dkt. 18 (E.D. N.C. Aug. 5, 2016)
- **Exhibit C**: American Association of Political Consultants, Inc. Response in Opposition to Cross Motion for Summary Judgment in *American Association of Political Consultants Inc. v. Sessions*, No. 5:16-CV-252-D, Dkt. 36 (E.D. N.C. July 5, 2017)
- **Exhbit D**: *Barr v. American Association of Political Consultants Inc.*, Respondent's Brief, No. 19-511 (filed December 4, 2019)
- **Exhibit E**: Question Presented in *Barr v. American Association of Political Consultants Inc.,* 19-631
- **Exhibit F**: Stipulation and Order to Adjourn Case Management Conference, Vacate Case Management Statement Deadline, and Stay Case Pending Decision in *Facebook v. Duguid* in *Brickman v. Facebook Inc.*, 3:16-cv-00751-WHO, Dkt. 127 (N.D. Cal. Jan. 30, 2020)
- **Exhibit G**: Supreme Court Docket in *Facebook v. Duguid,* 19-511.
- **Exhibit H**: *Charter Communications Inc. v. Gallion*, Appellant's Petition for Cert. pending, No. 19-575
- **Exhibit I**: Order List: 589 U.S., Monday January 27, 2020, Certiorari – Summary Disposition

## BASIS FOR REQUESTING JUDICIAL NOTICE

Federal Rule of Evidence 201(b)(2) permits judicial notice of a fact that is "not subject to reasonable dispute because it can be accurately and readily determined from

sources whose accuracy cannot be reasonably be questioned." Courts may take judicial notice of court records in other cases. *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir.1995) ("Judicial notice is properly taken of orders and decisions made by other courts."), *rev'd on other grounds*, 520 U.S. 548 (1997); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (The court "may take notice of proceedings in other courts both within and without the federal judicial system if those proceedings have a direct relation to matters at issue") (internal quotation marks omitted); *Ha v. U.S. Att'y Gen.*, No. C 09-5281 JL, 2010 U.S. Dist. LEXIS 87294, at*3 (N.D. Cal. July 29, 2010) ("Courts routinely take judicial notice of legal documents filed in related litigation, including pleadings, motions, and judgments").

In this case, Exhibits A through I are copies of court records and filings in other federal courts, and are therefore judicially noticeable. For the foregoing reasons, these exhibits are proper subjects for judicial notice. Accordingly, EF respectfully requests that this Court take judicial notice of Exhibits A through I.

Dated:  February 28, 2020            Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ E. Crystal Lopez
By:  Joshua Briones
     E. Crystal Lopez
     Matthew Novian

Attorneys for Defendant,
EF EDUCATION FIRST, INC.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY PENDING BARR V. AAPC