Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone:  310 586 3200
Facsimile:   310 586 3202

Attorneys for Defendant,
EF EDUCATION FIRST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EF EDUCATION FIRST, INC.<br><br>Defendant. | Case No.:  2:20-cv-01068-MWF-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY PENDING BARR V. AAPC**<br><br>Hon. Michael W. Fitzgerald<br><br>Date:        April 6, 2020<br>Time:       10:00 a.m.<br>Dept:        Courtroom 5A<br><br>Complaint Filed: February 2, 2020 |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
PENDING BARR V. AAPC

1  Upon consideration of Defendant EF Education First, Inc.'s Request for
2  Judicial Notice, and for GOOD CAUSE shown, and for good cause appearing, **IT
3  IS HEREBY ORDERED**:
4  Pursuant to Federal Rule of Evidence 201(b)(2) and governing case law, this
5  Court will take judicial notice of the documents listed in the table below. *See Papai
6  v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir.1995) ("Judicial notice is
7  properly taken of orders and decisions made by other courts."), *rev'd on other
8  grounds*, 520 U.S. 548 (1997); *U.S. ex rel. Robinson Rancheria Citizens Council v.
9  Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (The court "may take notice of
10 proceedings in other courts both within and without the federal judicial system if
11 those proceedings have a direct relation to matters at issue") (internal quotation
12 marks omitted); *Ha v. U.S. Att'y Gen.*, No. C 09-5281 JL, 2010 U.S. Dist. LEXIS
13 87294, at*3 (N.D. Cal. July 29, 2010) ("Courts routinely take judicial notice of
14 legal documents filed in related litigation, including pleadings, motions, and
15 judgments")

| Exhibit | Document Description |
|---|---|
| A | Order Granting Stay in *Wright v. Exp Realty, LLC*, 6:18-cv-1851, Dkt. 96 (M.D. Fla. Feb. 7, 2020) |
| B | First Amended Complaint filed by American Association of Political Consultants in *American Association of Political Consultants Inc. v. Sessions*, No. 5:16-CV-252-D, Dkt. 18 (E.D. N.C. Aug. 5, 2016) |
| C | American Association of Political Consultants, Inc. Response in Opposition to Cross Motion for Summary Judgment in *American Association of Political Consultants Inc. v. Sessions*, No. 5:16-CV-252-D, Dkt. 36 (E.D. N.C. July 5, 2017) |
| D | *Barr v. American Association of Political Consultants Inc.*, Respondent's Brief, No. 19-511 (filed December 4, 2019) |

| | |
|---|---|
| E | Question Presented in *Barr v. American Association of Political Consultants Inc.,* 19-631 |
| F | Stipulation and Order to Adjourn Case Management Conference, Vacate Case Management Statement Deadline, and Stay Case Pending Decision in *Facebook v. Duguid* in *Brickman v. Facebook Inc.*, 3:16-cv-00751-WHO, Dkt. 127 (N.D. Cal. Jan. 30, 2020) |
| G | Supreme Court Docket in *Facebook v. Duguid,* 19-511 |
| H | *Charter Communications Inc. v. Gallion*, Appellant's Petition for Cert. pending, No. 19-575 |
| I | Order List: 589 U.S., Monday January 27, 2020, Certiorari – Summary Disposition |

**IT IS SO ORDERED.**

Dated:

                                        Hon. Michael W. Fitzgerald
                                        United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PENDING BARR V. AAPC