# Exhibit K

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:18-cv-00712-MN

| | |
|---|---|
| Perrong v. Liberty Power Corp, L.L.C. | Date Filed: 05/11/2018 |
| Assigned to: Judge Maryellen Noreika | Jury Demand: Plaintiff |
| Demand: $15,000,000 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Andrew R. Perrong**
*on behalf of himself and all others similarly situated*

represented by **Chad J. Toms**
Whiteford, Taylor & Preston, L.L.C.
Renaissance Centre, Suite 500
405 King Street
Wilmington, DE 19801-3700
(302) 357-3253
Fax: (302) 357-3273
Email: ctoms@wtplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary F. Higgins**
Law Office of Mary Higgins
Commonwealth Building
260 Chapman Road, Suite 201
Newark, DE 19702
302-894-4357
Fax: 302-525-6618
Email: mary.higgins@letsbelegal.com
*TERMINATED: 11/15/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aytan Y. Bellin**
Email: Aytan.Bellin@bellinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Anne McLane Detweiler**
Law Office of Mary Higgins
Commonwealth Building
260 Chapman Road, Suite 201
Newark, DE 19702
302-894-4357
Email: maryamclane@letsbelegal.com
*TERMINATED: 11/15/2018*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liberty Power Corp, L.L.C.** represented by **Peter S. Murphy**
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-574-7400
Fax: 302-574-7401
*TERMINATED: 01/14/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Rogin**
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-552-2935
Fax: 302-574-7401
Email: ARogin@eckertseamans.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**United States of America** represented by **Anjali Motgi**
U.S. Department of Justice
Federal Programs Branch
1100 L. Street N.W.
Washington, DC 20530
(202) 305-0879
Fax: (202) 616-8470
Email: anjali.motgi@usdoj.gov
*TERMINATED: 12/16/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynne Hall**
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19801
302-573-6277
*TERMINATED: 05/16/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura D. Hatcher**
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19801
302-573-6277
Email: laura.hatcher@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan D Kossak**
U.S. Department of Justice
Federal Programs Branch
1100 L. Street, NW
Washington, DC 20530-0001
(202) 305-0612
Fax: (202) 616-8460
Email: jonathan.kossak@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2018 | 1 | COMPLAINT filed with Jury Demand against Liberty Power Corp, L.L.C. - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311-2379918.) - filed by Andrew R. Perrong. (Attachments: # 1 Civil Cover Sheet)(sar) (Entered: 05/11/2018) |
| 05/11/2018 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (sar) (Entered: 05/11/2018) |
| 05/11/2018 |  | Summons Issued with Magistrate Consent Notice attached as to Liberty Power Corp, L.L.C. on 5/11/2018. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302-573-6170 and ask the Clerk to mail the summons to them. (sar) (Entered: 05/11/2018) |
| 05/11/2018 | 3 | MOTION for Pro Hac Vice Appearance of Attorney Aytan Y. Bellin, Esquire - filed by Andrew R. Perrong. (Higgins, Mary) (Entered: 05/11/2018) |
| 05/16/2018 |  | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (nms) (Entered: 05/16/2018) |
| 05/30/2018 | 4 | Return of Service Executed by Andrew R. Perrong. Liberty Power Corp, L.L.C. served on 5/15/2018, answer due 6/5/2018. (Higgins, Mary) (Entered: 05/30/2018) |
| 06/01/2018 | 5 | STIPULATION To Extend Time to Respond to Complaint re 1 Complaint, 4 Return of Service Executed by Liberty Power Corp, L.L.C.. (Murphy, Peter) (Entered: 06/01/2018) |
| 06/04/2018 |  | SO ORDERED - re 3 MOTION for Pro Hac Vice Appearance of Attorney Aytan Y. Bellin, Esquire filed by Andrew R. Perrong, 5 Stipulation filed by Liberty Power Corp, L.L.C., Set/Reset Answer Deadlines: Liberty Power Corp, L.L.C. answer due 6/19/2018.. Ordered by Judge Gregory M. Sleet on 6/4/2018. (mdb) (Entered: 06/04/2018) |
| 06/05/2018 |  | Pro Hac Vice Attorney Aytan Y. Bellin for Andrew R. Perrong added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (fms) (Entered: 06/05/2018) |
| 06/15/2018 | 6 | NOTICE of Appearance by Peter S. Murphy on behalf of Liberty Power Corp, L.L.C. (Murphy, Peter) (Entered: 06/15/2018) |
| 06/18/2018 | 7 | STIPULATION TO EXTEND TIME Responsive Pleading to Plaintiff's Complaint to June 26, 2018 - filed by Liberty Power Corp, L.L.C.. (Murphy, Peter) (Entered: 06/18/2018) |
| 06/20/2018 |  | SO ORDERED - re 7 STIPULATION TO EXTEND TIME Responsive Pleading to Plaintiff's Complaint to June 26, 2018 filed by Liberty Power Corp, L.L.C., Set/Reset Answer Deadlines: Liberty Power Corp, L.L.C. answer due 6/26/2018.. Ordered by Judge Gregory M. Sleet on 6/20/2018. (mdb) (Entered: 06/20/2018) |

| | | |
|---|---|---|
| 06/26/2018 | 8 | MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction - filed by Liberty Power Corp, L.L.C.. (Attachments: # 1 Opening Brief in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, # 2 Text of Proposed Order, # 3 Exhibit, # 4 Notice of Manual filing of Multi-Media Materials)(Murphy, Peter) Modified on 6/27/2018 (mdb). (Entered: 06/26/2018) |
| 06/28/2018 | 9 | ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES. Signed by Judge Gregory M. Sleet on 6/28/2018. (asw) (Entered: 06/28/2018) |
| 06/28/2018 | 10 | NOTICE of Constitutional Question by Liberty Power Corp, L.L.C. (Murphy, Peter) (Entered: 06/28/2018) |
| 07/10/2018 | 11 | ANSWERING BRIEF in Opposition re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction filed by Andrew R. Perrong.Reply Brief due date per Local Rules is 7/17/2018. (Higgins, Mary) (Entered: 07/10/2018) |
| 07/10/2018 | 12 | Amended ANSWERING BRIEF in Opposition to Motion to Dismiss filed by Andrew R. Perrong.Reply Brief due date per Local Rules is 7/17/2018. (Attachments: # 1 Certificate of Service)(Higgins, Mary) Modified on 7/10/2018 (mdb). (Entered: 07/10/2018) |
| 07/12/2018 | 13 | SUMMONS Returned Executed on July 2, 2018 as to Jefferson Sessions, Attorney General of the United States. (Murphy, Peter) (Entered: 07/12/2018) |
| 07/17/2018 | 14 | STIPULATION and Proposed Order for a One Week Extension to the Deadline for Defendant's Reply Brief re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, 11 Answering Brief in Opposition, 12 Answering Brief in Opposition by Liberty Power Corp, L.L.C.. (Murphy, Peter) (Entered: 07/17/2018) |
| 07/19/2018 | | SO ORDERED - re 14 Stipulation and Proposed Order for a One Week Extension to the Deadline for Defendant's Reply Brief filed by Liberty Power Corp, L.L.C., Set Briefing Schedule: re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction. (Reply Brief due 7/24/2018). Ordered by Judge Gregory M. Sleet on 7/19/2018. (mdb) (Entered: 07/19/2018) |
| 07/24/2018 | 15 | REPLY BRIEF re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction filed by Liberty Power Corp, L.L.C.. (Murphy, Peter) (Entered: 07/24/2018) |
| 07/30/2018 | 16 | Joint STATUS REPORT by Andrew R. Perrong. (Attachments: # 1 Certification of Counsel)(Higgins, Mary) (Entered: 07/30/2018) |
| 07/30/2018 | 17 | Joint PROPOSED ORDER Proposed Scheduling Order re 16 Status Report by Andrew R. Perrong. (Higgins, Mary) (Entered: 07/30/2018) |
| 08/21/2018 | 18 | MOTION for Extension of Time to Decide Whether to Intervene (UNOPPOSED) - filed by United States of America. (Hall, Jennifer) Modified on 8/27/2018 (mdb). (Entered: 08/21/2018) |
| 08/27/2018 | | ORAL ORDER re 16 Joint Status Report, 17 Proposed Scheduling Order - The plaintiff shall file an amended proposed scheduling that includes dates certain for all scheduling events. The amended proposal is due no later than Friday, August 31, 2018. Ordered by Judge Gregory M. Sleet on 8/27/2018. (mdb) (Entered: 08/27/2018) |
| 08/27/2018 | 19 | SO ORDERED - re 18 MOTION for Extension of Time to Decide Whether to Intervene |

| | | |
|---|---|---|
| | | (UNOPPOSED) filed by United States of America. Signed by Judge Gregory M. Sleet on 8/27/2018. (mdb) (Entered: 08/27/2018) |
| 08/31/2018 | 20 | Joint PROPOSED ORDER Amended Scheduling Order by Andrew R. Perrong. (Higgins, Mary) (Entered: 08/31/2018) |
| 09/20/2018 | | Case reassigned to Judge Maryellen Noreika. Please include the initials of the Judge (MN) after the case number on all documents filed. (jcs) (Entered: 09/20/2018) |
| 10/24/2018 | 21 | NOTICE OF SERVICE of Plaintiff's First Sets of Interrogatories, Requests for Admissions, and Requests for Production filed by Andrew R. Perrong.(Higgins, Mary) (Entered: 10/24/2018) |
| 10/26/2018 | 22 | NOTICE of Intervention in Support of the Constitutionality of the Telephone Consumer Protection Act of 1991 by United States of America (Hall, Jennifer) (Entered: 10/26/2018) |
| 10/26/2018 | 23 | ANSWERING BRIEF in Opposition re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction filed by United States of America.Reply Brief due date per Local Rules is 11/2/2018. (Hall, Jennifer) (Entered: 10/26/2018) |
| 10/30/2018 | 24 | ORAL ORDER re 20 : IT IS HEREBY ORDERED that the parties shall confer regarding proposed dates in the scheduling order and shall submit a proposed order, including a proposal for the length and timing of trial, to the Court no later than thirty (30) days from the date of this Order. The parties are to use the Courts form scheduling order, which is posted at http://www.ded.uscourts.gov (see Chambers, Judge Noreika, Forms). If there are disputes or issues that the Court needs to address in the proposed scheduling order, the parties shall direct the Court to the paragraph numbers in which those appear in a cover letter to the Court. ORDERED by Judge Maryellen Noreika on 10/30/2018. (dlw) (Entered: 10/30/2018) |
| 11/07/2018 | 25 | ORDER re 23 ANSWERING BRIEF: Defendant and/or Plaintiff may each file a 10-page reply brief in response to the United States' Answering Brief on or before November 14, 2018. If no reply briefs are filed, the Court will decide the Motion to Dismiss 8 on the papers as submitted. IT IS FURTHER ORDERED that on or before November 14, 2018, the parties, or the United States, or both shall advise the Court if the Court should certify the constitutional question in light of the fact that the United States has already intervened (Set Briefing Schedule: Reply Brief(s) due 11/14/2018). SEE ORDER FOR COMPLETE DETAILS. Signed by Judge Maryellen Noreika on 11/7/2018. (dlw) (Entered: 11/07/2018) |
| 11/08/2018 | 26 | Letter to Honorable Maryellen Noreika from Jennifer Hall regarding Response to Order (D.I. 25) - re 25 Order,,, Set Briefing Schedule,,. (Attachments: # 1 Text of Proposed Order)(Hall, Jennifer) (Entered: 11/08/2018) |
| 11/09/2018 | 27 | ORDER Certifying Constitutional Challenge. Signed by Judge Maryellen Noreika on 11/9/2018. (Copy mailed to the United States Attorney General) (dlw) (Entered: 11/09/2018) |
| 11/14/2018 | 28 | REPLY BRIEF re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction filed by Liberty Power Corp, L.L.C.. (Murphy, Peter) (Main Document 28 replaced on 11/16/2018) (dlw). (Entered: 11/14/2018) |
| 11/15/2018 | 29 | NOTICE OF SUBSTITUTION OF COUNSEL re Andrew R. Perrong: Entry of appearance of attorney Chad J. Toms. Attorney Mary Higgins terminated. (Attachments: # 1 Notice and Certificate of Service)(Toms, Chad) (Entered: 11/15/2018) |
| 11/16/2018 | | CORRECTING ENTRY: The PDF at D.I. 28 has been swapped out with a version of the brief that complies with Local Rule 5.1.1 that all printed matter must be in at least 12 point |

| | | |
|---|---|---|
| | | type. (dlw) (Entered: 11/16/2018) |
| 11/20/2018 | 30 | Consent MOTION to Stay re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, 21 Notice of Service - filed by Liberty Power Corp, L.L.C.. (Attachments: # 1 Rule 7.1.1. Statement, # 2 Text of Proposed Order)(Murphy, Peter) (Entered: 11/20/2018) |
| 11/21/2018 | | SO ORDERED re 30 Consent MOTION to Stay filed by Liberty Power Corp, L.L.C. Discovery in this case is STAYED until after a decision on the pending Motion to Dismiss 8 . ORDERED by Judge Maryellen Noreika on 11/21/2018. (dlw) (Entered: 11/21/2018) |
| 11/28/2018 | | Set/Reset Hearings: An Oral Argument is set for 1/10/2019 at 03:00 PM in Courtroom 4A before Judge Maryellen Noreika on the Motion to Dismiss 8 . The Court is setting aside a total of two hours for the argument. (dlw) (Entered: 11/28/2018) |
| 11/28/2018 | 31 | MOTION to Defer Filing a Scheduling Order (Unopposed) - filed by Liberty Power Corp, L.L.C. (Attachments: # 1 Rule 7.1.1. Statement, # 2 Text of Proposed Order)(Murphy, Peter) Modified on 11/28/2018 (dlw). (Entered: 11/28/2018) |
| 11/29/2018 | | SO ORDERED re 31 Consent MOTION - The Scheduling Order currently due today shall be filed no later than thirty (30) days from the Court's ruling on the pending Motion to Dismiss 8 . ORDERED by Judge Maryellen Noreika on 11/29/2018. (dlw) (Entered: 11/29/2018) |
| 11/30/2018 | 32 | NOTICE of Appearance by Anjali Motgi on behalf of United States of America (Motgi, Anjali) (Entered: 11/30/2018) |
| 12/21/2018 | 33 | MOTION for Pro Hac Vice Appearance of Attorney Charles A. Zdebski, Esquire - filed by Liberty Power Corp, L.L.C.. (Attachments: # 1 Certification of Charles A. Zdebski, Esquire, # 2 Text of Proposed Order)(Murphy, Peter) (Entered: 12/21/2018) |
| 12/21/2018 | | SO ORDERED re 33 MOTION for Pro Hac Vice Appearance of Attorney Charles A. Zdebski, Esquire filed by Liberty Power Corp, L.L.C. ORDERED by Judge Maryellen Noreika on 12/21/2018. (dlw) (Entered: 12/21/2018) |
| 12/26/2018 | 34 | Letter to Honorable Maryellen Noreika, U.S.D.J from Chad J. Toms, Esquire regarding Oral Argument on Defendant Liberty Power Corp.'s pending motion to dismiss - re 25 Order,,, Set Briefing Schedule,, 23 Answering Brief in Opposition, 24 Oral Order,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Toms, Chad) (Entered: 12/26/2018) |
| 12/26/2018 | 35 | MOTION for Pro Hac Vice Appearance of Attorney Robert J. Gastner, Esquire - filed by Liberty Power Corp, L.L.C.. (Attachments: # 1 Certification of Robert J. Gastner, Esquire, # 2 Text of Proposed Order)(Murphy, Peter) (Entered: 12/26/2018) |
| 01/02/2019 | | SO ORDERED re 35 MOTION for Pro Hac Vice Appearance of Attorney Robert J. Gastner, Esquire filed by Liberty Power Corp, L.L.C. ORDERED by Judge Maryellen Noreika on 1/2/2019. (dlw) (Entered: 01/02/2019) |
| 01/03/2019 | 36 | MOTION to Stay Case in Light of Lapse of Appropriations - UNOPPOSED - filed by United States of America. (Hall, Jennifer) Modified on 1/3/2019 (dlw). (Entered: 01/03/2019) |
| 01/03/2019 | 37 | ORDER GRANTING 36 Motion to Stay. Case STAYED. The January 10, 2019 Oral Argument is CANCELED. Signed by Judge Maryellen Noreika on 1/3/2019. (dlw) (Entered: 01/03/2019) |
| 01/11/2019 | 38 | NOTICE OF SUBSTITUTION OF COUNSEL re Liberty Power Corp, L.L.C.: Entry of |

| | | |
|---|---|---|
| | | appearance of attorney Alexandra Rogin. Attorney Peter S. Murphy, Esquire terminated. (Attachments: # 1 Certificate of Service of Notice of Substitution of Counsel)(Rogin, Alexandra) (Entered: 01/11/2019) |
| 01/28/2019 | 39 | NOTICE of Restoration of Appropriations by United States of America re 37 Order on Motion to Stay (Hall, Jennifer) Modified on 1/29/2019 (dlw). (Entered: 01/28/2019) |
| 02/21/2019 | 40 | ORAL ORDER LIFTING STAY and Setting Oral Argument on 8 MOTION to Dismiss - Oral Argument is set for 5/10/2019 at 10:00 AM in Courtroom 4A before Judge Maryellen Noreika. The Court has set aside two hours for argument. ORDERED by Judge Maryellen Noreika on 2/21/2019. (dlw) (Entered: 02/21/2019) |
| 04/01/2019 | 41 | ORAL ORDER: IT IS HEREBY ORDERED that, on or before April 30, 2019, each party shall submit a letter to the Court identifying any district court or appellate court opinions issuing since November 14, 2018 that have addressed the constitutionality of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227. For each case identified, a party may include up to three sentences explaining the relevance of the opinion to the present case. There will be no reply submissions. ORDERED by Judge Maryellen Noreika on 4/1/19.(dlw) (Entered: 04/01/2019) |
| 04/01/2019 | 42 | NOTICE of Appearance by Laura D. Hatcher on behalf of United States of America (Hatcher, Laura) (Entered: 04/01/2019) |
| 04/30/2019 | 43 | Letter to Judge Noreika from Chad J. Toms regarding Constitutionality of the TCPA - re 41 Oral Order,,. (Attachments: # 1 Exhibit Exhibits A-C)(Toms, Chad) (Entered: 04/30/2019) |
| 04/30/2019 | 44 | Letter to Judge Noreika from Alexandra D. Rogin regarding Constitutionality of the TCPA - re 41 Oral Order,,. (Rogin, Alexandra) (Entered: 04/30/2019) |
| 04/30/2019 | 45 | Letter to the Court from the United States regarding Decisions About the Constitutionality of the TCPA Since Nov. 14, 2018. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Motgi, Anjali) (Entered: 04/30/2019) |
| 05/10/2019 | | Minute Entry for proceedings held before Judge Maryellen Noreika - Oral Argument held on 5/10/2019 re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction filed by Liberty Power Corp, L.L.C. The court will take this matter under advisement and issue an Order in due course. (Court Reporter: Dale Hawkins.) (asw) (Entered: 05/10/2019) |
| 05/16/2019 | 46 | NOTICE of Withdrawal of Attorney, Jennifer L. Hall by United States of America (Hall, Jennifer) (Entered: 05/16/2019) |
| 06/21/2019 | 47 | Letter to Honorable Maryellen Noreika, U.S.D.J. from Chad J. Toms regarding Perrong v. Liberty Power Corp., 1:18-cv-712 (MN) Decision issued by the Ninth Circuit relevant to pending Motion to Dismiss - re 8 MOTION to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction. (Attachments: # 1 Enclosure)(Toms, Chad) (Entered: 06/21/2019) |
| 09/30/2019 | 48 | MEMORANDUM OPINION. Signed by Judge Maryellen Noreika on 9/30/2019. (dlw) (Entered: 09/30/2019) |
| 09/30/2019 | 49 | ORDER re 48 Memorandum Opinion DENYING 8 Defendant's motion to dismiss. Signed by Judge Maryellen Noreika on 9/30/2019. (dlw) (Entered: 09/30/2019) |
| 10/09/2019 | 50 | MOTION for Extension of Time to File Answer with Consent of Plaintiff - filed by Liberty Power Corp, L.L.C. (Attachments: # 1 Text of Proposed Order, # 2 Rule 7.1.1 |

| | | |
|---|---|---|
| | | Statement)(Rogin, Alexandra) Modified on 10/9/2019 (dlw). (Entered: 10/09/2019) |
| 10/09/2019 | | SO ORDERED re 50 MOTION for Extension of Time to File Answer with Consent of Plaintiff (Set/Reset Answer Deadlines: Liberty Power Corp, L.L.C. answer due 10/28/2019). ORDERED by Judge Maryellen Noreika on 10/9/2019. (dlw) (Entered: 10/09/2019) |
| 10/28/2019 | 51 | ANSWER to 1 Complaint with Jury Demand by Liberty Power Corp, L.L.C..(Rogin, Alexandra) (Entered: 10/28/2019) |
| 10/30/2019 | 52 | REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals - filed by Liberty Power Corp, L.L.C.. (Attachments: # 1 Text of Proposed Order)(Rogin, Alexandra) (Entered: 10/30/2019) |
| 10/30/2019 | 53 | OPENING BRIEF in Support re 52 REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals filed by Liberty Power Corp, L.L.C..Answering Brief/Response due date per Local Rules is 11/13/2019. (Attachments: # 1 Exhibit A)(Rogin, Alexandra) (Entered: 10/30/2019) |
| 10/30/2019 | 54 | MOTION to Stay Proceedings - filed by Liberty Power Corp, L.L.C. (Attachments: # 1 Text of Proposed Order)(Rogin, Alexandra) Modified on 10/31/2019 (dlw). (Entered: 10/30/2019) |
| 11/07/2019 | 55 | NOTICE of Defendant's Notice of Supplemental Authority by Liberty Power Corp, L.L.C. (Rogin, Alexandra) (Entered: 11/07/2019) |
| 11/07/2019 | 56 | PROPOSED ORDER // Scheduling Order by Andrew R. Perrong. (Toms, Chad) Modified on 11/7/2019 (dlw). (Entered: 11/07/2019) |
| 11/13/2019 | 57 | STIPULATION TO EXTEND TIME for Plaintiff to File Response to Defendant's Motions to Amend Order Denying Motion to Dismiss and to Certify Interlocutory Appeal and to Stay Proceedings to November 27, 2019 - filed by Andrew R. Perrong. (Toms, Chad) Modified on 11/13/2019 (dlw). (Entered: 11/13/2019) |
| 11/13/2019 | | SO ORDERED re 57 STIPULATION TO EXTEND TIME for Plaintiff to File Response to Defendant's Motions to Amend Order Denying Motion to Dismiss and to Certify Interlocutory Appeal and to Stay Proceedings to November 27, 2019 (Set Briefing Schedule: re 54 MOTION to Stay Proceedings, 52 REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals - Answering Briefs due 11/27/2019). ORDERED by Judge Maryellen Noreika on 11/13/2019. (dlw) (Entered: 11/13/2019) |
| 11/13/2019 | 58 | MEMORANDUM in Opposition re 52 REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals filed by United States of America.Reply Brief due date per Local Rules is 11/20/2019. (Motgi, Anjali) (Main Document 58 replaced on 11/13/2019) (dlw). (Entered: 11/13/2019) |
| 11/13/2019 | | CORRECTING ENTRY: The last page of D.I. 58 has been deleted per the request of counsel as it was attached in error. (dlw) (Entered: 11/13/2019) |
| 11/18/2019 | 59 | Joint STIPULATION TO EXTEND TIME to file Reply Brief to December 6, 2019 - filed by Liberty Power Corp, L.L.C.. (Rogin, Alexandra) (Entered: 11/18/2019) |
| 11/19/2019 | | SO ORDERED re 59 Joint STIPULATION TO EXTEND TIME to file Reply Brief to December 6, 2019 (Set Briefing Schedule: re 52 REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals - Reply Brief due 12/6/2019). IT IS FURTHER ORDERED that the reply brief shall not exceed 20 pages. ORDERED by Judge Maryellen Noreika on 11/19/2019. (dlw) (Entered: 11/19/2019) |
| 11/27/2019 | 60 | ANSWERING BRIEF in Opposition re 54 MOTION to Stay Proceedings, 52 REQUEST |

| | | |
|---|---|---|
| | | for Certification of Direct Appeal to the U.S. Court of Appeals filed by Andrew R. Perrong. Reply Brief due date per Stipulation is 12/6/2019. (Attachments: # 1 Exhibit A) (Toms, Chad) Modified on 12/2/2019 (dlw). (Entered: 11/27/2019) |
| 12/06/2019 | 61 | REPLY BRIEF re 54 MOTION to Stay Proceedings, 52 REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals filed by Liberty Power Corp, L.L.C.. (Attachments: # 1 Exhibit A-D to Reply Brief)(Rogin, Alexandra) (Entered: 12/06/2019) |
| 12/16/2019 | 62 | NOTICE OF SUBSTITUTION OF COUNSEL re United States of America: Entry of appearance of attorney Jonathan D Kossak. Attorney Anjali Motgi terminated. (Kossak, Jonathan) (Entered: 12/16/2019) |
| 01/14/2020 | 63 | Letter to The Hon. Maryellen Noreika from Alexandra Rogin regarding Supreme Court Case Development - re 53 Opening Brief in Support, 54 MOTION to Stay Proceedings, 52 REQUEST for Certification of Direct Appeal to the U.S. Court of Appeals , 55 Notice (Other), 61 Reply Brief,. (Rogin, Alexandra) (Entered: 01/14/2020) |
| 02/24/2020 | 64 | ORAL ORDER Setting Teleconference: A Telephone Conference is set for 3/6/2020 at 10:00 AM before Judge Maryellen Noreika regarding the pending motions (D.I. 52 , 54 ). Any party wishing to join the call shall do so by *individually* dialing into 302-573-4545. ORDERED by Judge Maryellen Noreika on 2/24/2020. (dlw) (Entered: 02/24/2020) |
| 03/03/2020 | 65 | NOTICE of Supplemental Authority for Motion to Stay by Liberty Power Corp, L.L.C. re 54 MOTION to Stay Proceedings, 63 Letter, (Attachments: # 1 Exhibit)(Rogin, Alexandra) (Entered: 03/03/2020) |
| 03/06/2020 | | Minute Entry for proceedings held before Judge Maryellen Noreika - Telephone Conference held on 3/6/2020. The pending motions ( 52 , 54 ) are DENIED. The case is STAYED pending the outcome of the U.S. Supreme Court case *Barr v. American Association of Political Consultants*. The parties shall file a joint status report within two weeks of the conclusion of the *Barr* case. CASE STAYED. (Court Reporter Dale Hawkins.) (mdb) (Entered: 03/06/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/18/2020 10:59:25 | | | |
| **PACER Login:** | ml5443:3945060:3942572 | **Client Code:** | 997024-010 |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-00712-MN Start date: 1/1/1971 End date: 3/18/2020 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |