Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone:  310 586 3200
Facsimile:   310 586 3202

Attorneys for Defendant,
EF EDUCATION FIRST, INC.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EF EDUCATION FIRST, INC.<br><br>Defendant. | Case No.:  2:20-cv-01068-MWF-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY PENDING BARR V. AAPC**<br><br>Hon. Michael W. Fitzgerald<br><br>Date:       April 6, 2020<br>Time:       10:00 a.m.<br>Dept:        Courtroom 5A<br><br>Complaint Filed: February 2, 2020 |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S SUPPLEMENTAL REQUEST FOR
JUDICIAL NOTICE PENDING BARR V. AAPC

Upon consideration of Defendant EF Education First, Inc.'s Supplemental Request for Judicial Notice, and for GOOD CAUSE shown, and for good cause appearing, **IT IS HEREBY ORDERED**:

Pursuant to Federal Rule of Evidence 201(b)(2) and governing case law, this Court will take judicial notice of the documents listed in the table below:

| Exhibit | Document Description |
| --- | --- |
| J | Order Granting Stay in *Jones v. USHealth Group, Inc., et al.*, No. 19-cv-2534 (D. Kan. Mar. 12, 2020) |
| K | Docket in *Perrong v. Liberty Power Corp., LLC*, No. 18-cv-712 (D. Del.) |

**IT IS SO ORDERED.**

Dated: _____

Hon. Michael W. Fitzgerald
United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE PENDING BARR V. AAPC