HEDIN HALL LLP
Frank S. Hedin
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:     + 1 (305) 357-2107
Facsimile:     + 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone:     + 1 (925) 300-4455
Facsimile:     + 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EF EDUCATION FIRST, INC.,<br><br>Defendant. | Case No.: 2:20-cv-01068-MWF-PVC<br><br>Judge: Hon. Michael W. Fitzgerald<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT'S MOTION TO STAY (ECF NO. 12)** |

Plaintiff Shannon Sensibaugh respectfully submits this notice of supplemental authority in further support of her response in opposition (ECF No. 15) to Defendant EF Education First, Inc.'s motion to stay pending a decision by the Supreme Court in *Barr v. Political Consultants*, No. 19-631 (U.S.) (ECF Nos. 12-1, 12 (the "Motion")).

On March 23, 2020, after Plaintiff had filed her response in opposition to the Motion and Defendant had filed its reply in support of the Motion, the Honorable Karin J. Immergut, U.S. District Judge for the District of Oregon, issued an order in *Lundbom v. Schwan's Home Service, Inc.*, *et al.*, No. 3:18-cv-02187-IM (D. Or.), a putative TCPA class action, denying the defendant's motion to stay pending a decision in *Barr*. *Lundbom*, No. 3:18-cv-02187-IM (docket entry 77). The plaintiff in

*Lundbom*, like Plaintiff Sensibaugh in this case, alleges claims against the defendant for violation of the TCPA's autodialing restictions based on its transmission of unsolicited promotional text messages having nothing to do with debt collection. A copy of the *Lundbom* order is attached hereto as Exhibit A.

Date: March 23, 2020

Respectfully submitted,

By:   /s/ Frank S. Hedin
      Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:  + 1 (305) 357-2107
Facsimile:  + 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone:  + 1 (925) 300-4455
Facsimile:  + 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff and the Putative Class*

# CERTIFICATE OF SERVICE

I, Frank S. Hedin, hereby certify that on March 23, 2020, I electronically transmitted the foregoing to the following by e-mail to all counsel of record.

Date: March 23, 2020

**HEDIN HALL LLP**

By:   /s/ Frank S. Hedin
       Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:  + 1 (305) 357-2107
Facsimile:   + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*