# EXHIBIT A

**From:** info@ord.uscourts.gov
**Subject:** Activity in Case 3:18-cv-02187-IM Lundbom v. Schwan's Home Service, Inc. et al Order on motion for stay
**Date:** March 23, 2020 at 6:45 PM
**To:** nobody@ord.uscourts.gov

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

**Notice of Electronic Filing**

The following transaction was entered on 3/23/2020 at 3:43 PM PDT and filed on 3/23/2020
**Case Name:**          Lundbom v. Schwan's Home Service, Inc. et al
**Case Number:**      3:18-cv-02187-IM
**Filer:**
**Document Number:** 77(No document attached)

**Docket Text:**
**ORDER by Judge Karin J. Immergut Defendants' Motion for Stay of Case pending the Supreme Court's Decision in Barr v. Am. Assoc. Political Consultants, Sup. Ct. Case No. 19-631 [74] is DENIED. This Court has determined that oral argument will not help in the resolution of the issues before the Court on this motion. See LR 7-1(d). Therefore, requests for oral argument are denied. (jy)**

**3:18-cv-02187-IM Notice has been electronically mailed to:**

Adrienne D. McEntee      amcentee@terrellmarshall.com

Andrew J. Kolozsvary      akolozsvary@dykema.com, docket@dykema.com, kmatora@dykema.com

Beth E. Terrell     bterrell@terrellmarshall.com, bkinsey@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com

Clifford S. Davidson      cdavidson@sussmanshank.com, clifford-davidson-9403@ecf.pacerpro.com, jlanglois@sussmanshank.com

Drew L. Eyman      deyman@sussmanshank.com, glee@sussmanshank.com

Frank S. Hedin     fhedin@hedinhall.com

Jennifer Rust Murray      jmurray@terrellmarshall.com, bkinsey@terrellmarshall.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com

Thomas Schehr     tschehr@dykema.com

**3:18-cv-02187-IM Notice will <u>not</u> be electronically mailed to:**