HEDIN HALL LLP
Frank S. Hedin
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone: + 1 (925) 300-4455
Facsimile: + 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHANNON SENSIBAUGH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EF EDUCATION FIRST, INC.,

Defendant.

Case No.: 2:20-cv-01068-MWF-PVC

Judge: Hon. Michael W. Fitzgerald

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT'S MOTION TO STAY (ECF NO. 12)**

Plaintiff Shannon Sensibaugh respectfully submits this notice of supplemental authority in further support of her response in opposition (ECF No. 15) to Defendant EF Education First, Inc.'s motion to stay pending a decision by the Supreme Court in *Barr v. Political Consultants*, No. 19-631 (U.S.) (ECF Nos. 12, 12-1 (the "Motion")).

On March 18, 2020, after Plaintiff had filed her response in opposition to the Motion, the Honorable Michael M. Anello, U.S. District Judge for the Southern District of California, issued an opinion in *In re: Midland Credit Management, Inc. Telephone Consumer Protection Act Litigation*, No. 3:11-cv-02286-MMA-MDD (S.D. Cal.) denying the defendant's motion to stay pending a decision in *Barr*. *In re: Midland*, No. 3:11-cv-02286-MMA-MDD, docket entry 772, at 8 ("[I]t

appears unlikely that the Supreme Court would invalidate the entire automated-call restriction."). The plaintiff in *In re: Midland*, like Plaintiff Sensibaugh in this case, alleges claims against the defendant for violation of the TCPA's autodialing restictions. A copy of the *In re: Midland* opinion is attached hereto as Exhibit A.

Date: March 25, 2020

Respectfully submitted,

By: /s/ Frank S. Hedin
Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone: + 1 (925) 300-4455
Facsimile: + 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Frank S. Hedin, hereby certify that on March 25, 2020, I electronically transmitted the foregoing to the following by e-mail to all counsel of record.

Date: March 25, 2020

**HEDIN HALL LLP**

By: /s/ Frank S. Hedin
Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*