Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

Attorneys for Defendant
EF EDUCATION FIRST, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EF EDUCATION FIRST, INC.,<br><br>Defendant. | Case No.: 2:20-CV-01068-MWF PVC<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY PENDING AAPC V. BARR**<br><br>Date: Vacated<br>Time: Vacated<br>Judge: Hon. Michael W. Fitzgerald<br>Crtrm: 5A<br><br>Complaint Filed: February 2, 2020 |

1
**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY PENDING AAPC V. BARR**

**TO THE COURT AND EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

Defendant Education First, Inc. files this Notice of Supplemental Authority in support of its Motion to Stay Pending *Barr v. AAPC* (Dkt. #12). Attached hereto as **Exhibit A** is a true and correct copy of the docket in *Doyle v. Florida Health Solution, Corp.* 1:19-cv-24013-DPG. On April 30, 2020, Judge Darrin in the Southern District of Florida issued a paperless order which states "This action is STAYED pending the Supreme Court's decision in *Barr v. Am. Ass'n of Political Consultants, Inc.*, 140 S. Ct. 812 (2020), and closed for administrative purposes. Either party may move to reopen." (Dkt. # 26).

The *Doyle* paperless order is relevant because it is a judicial order staying a TCPA case pending the Supreme Court's decision in *Barr v. AAPC*, in a case where, as in this case, the government-debt exemption is not squarely at issue.

Dated: May 1, 2020

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/S/ E. CRYSTAL LOPEZ

By: Joshua Briones
E. Crystal Lopez
Matthew Novian

Attorneys for Defendant
EF EDUCATION FIRST, INC.