EXHIBIT A

AOR,CLOSED,STAYED

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:19-cv-24013-DPG

Doyle v. Florida Health Solution, Corp.  
Assigned to: Judge Darrin P. Gayles  
Cause: 28:1331 Federal Question

Date Filed: 09/27/2019  
Date Terminated: 04/30/2020  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Robert Doyle**  
*Individually and on behalf of all others similarly situated*

represented by **Joshua Harris Eggnatz**  
Eggnatz Pascucci, P.A.  
7450 Griffin Road  
Suite 230  
Davie, FL 33314  
(954) 889-3359  
Fax: (954) 889-5913  
Email: JEggnatz@JusticeEarned.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael James Pascucci**  
Eggnatz Pascucci, P.A.  
7450 Griffin Rd. Suite 230  
Davie, FL 33314  
954-889-3359  
Fax: 954-889-5913  
Email: MPascucci@JusticeEarned.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Seth Michael Lehrman**  
Edwards Pottinger LLC  
425 N. Andrews Ave.  
Suite 2  
Fort Lauderdale, FL 33301  
954-524-2820  
Fax: 954-524-2822  
Email: seth@epllc.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Florida Health Solution, Corp.**  
*a Florida Corporation*

represented by **Jeffrey Benjamin Pertnoy**  
Akerman LLP

Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
(305) 374-5600
Fax: (305) 374-5095
Email: jeffrey.pertnoy@akerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Silverman**
Akerman LLP
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33131
305-374-5600
Fax: 305-374-5095
Email: lawrence.silverman@akerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2019 | 1 | COMPLAINT against Florida Health Solution, Corp.. Filing fees $ 400.00 receipt number 113C-12021660, filed by Robert Doyle. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Lehrman, Seth) (Entered: 09/27/2019) |
| 09/27/2019 | 2 | Clerks Notice of Judge Assignment to Judge Darrin P. Gayles.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Alicia M. Otazo-Reyes is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ebz) (Entered: 09/27/2019) |
| 09/27/2019 | 3 | Summons Issued as to Florida Health Solution, Corp.. (ebz) (Entered: 09/27/2019) |
| 09/30/2019 | 4 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position.** If conflicts of position exist, parties shall explain the conflicts in their separate motions. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the striking of the motion or dismissal of this action. Signed by Judge Darrin P. Gayles (hs01) (Entered: 09/30/2019) |
| 11/26/2019 | 5 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Robert Doyle. Florida Health Solution, Corp. served on 11/14/2019, answer due 12/5/2019. (Lehrman, Seth) (Entered: 11/26/2019) |
| 12/09/2019 | 6 | NOTICE OF COURT PRACTICE ON DEFAULT PROCEDURE. Plaintiff effectuated |

| | | |
|---|---|---|
| | | service of the summons and complaint on Defendant on November 26, 2019 [ECF No. 5]. Defendant, however, has failed to plead or otherwise defend this action after being served with process. Accordingly, within five (5) days of the date of this Order, Plaintiff shall file for entry of default by the Clerk as to the defendant. Within ten (10) days of entry of default by the Clerk, Plaintiff shall file a motion for final default judgment, accompanied by a proposed final default judgment attached to the motion as Exhibit A, and duly supported by affidavits and other documentation. Plaintiff's failure to file a Motion for Final Default Judgment on or before the date set forth above may result in dismissal of the instant action. Plaintiff shall immediately provide Defendant with a copy of this Order via certified mail. Signed by Judge Darrin P. Gayles (hs01) (Entered: 12/09/2019) |
| 12/16/2019 | 7 | MOTION for Clerks Entry of Default as to Florida Health Solution, Corp. by Robert Doyle. (Attachments: # 1 Exhibit A_Declaration_Lehrman, # 2 Text of Proposed Order) (Lehrman, Seth) (Entered: 12/16/2019) |
| 12/16/2019 | 8 | Clerks Entry of Default as to Florida Health Solution, Corp.. Signed by DEPUTY CLERK on 12/16/2019. (jas) (Entered: 12/16/2019) |
| 12/23/2019 | 9 | MOTION for Leave to Conduct Class Certification and Damages Related Discovery by Robert Doyle. (Attachments: # 1 Text of Proposed Order)(Lehrman, Seth) (Entered: 12/23/2019) |
| 01/17/2020 | 10 | PAPERLESS ORDER granting 9 Plaintiff's Motion for Leave to Conduct Class Certification and Damages Related Discovery. Plaintiff may conduct Class Certification and damages related discovery, including third-party discovery as necessary. The Court reserves jurisdiction on the issue of damages and to otherwise reserve ruling on a final damages determination. Plaintiff is permitted to seek a default judgment, both as to the individual Plaintiff and the putative Class, upon completion of Class Certification and damages discovery. Signed by Judge Darrin P. Gayles (hs01) (Entered: 01/17/2020) |
| 01/17/2020 | 11 | NOTICE of Attorney Appearance by Jeffrey Benjamin Pertnoy on behalf of Florida Health Solution, Corp.. Attorney Jeffrey Benjamin Pertnoy added to party Florida Health Solution, Corp.(pty:dft). (Pertnoy, Jeffrey) (Entered: 01/17/2020) |
| 01/17/2020 | 12 | Vacated per DE# 16 , Defendant's MOTION to Set Aside Default *Defendant's Motion to Vacate Default* by Florida Health Solution, Corp.. (Attachments: # 1 Exhibit A - Affidavit of Miguel San Pedro)(Pertnoy, Jeffrey) Modified text on 2/5/2020 (jas). (Entered: 01/17/2020) |
| 01/17/2020 | 13 | NOTICE of Attorney Appearance by Lawrence Dean Silverman on behalf of Florida Health Solution, Corp.. Attorney Lawrence Dean Silverman added to party Florida Health Solution, Corp.(pty:dft). (Silverman, Lawrence) (Entered: 01/17/2020) |
| 01/28/2020 | 14 | Notice of Supplemental Authority re 12 Defendant's MOTION to Set Aside Default *Defendant's Motion to Vacate Default Defendant's Notice of Supplemental Authority in Support of Motion to Vacate Default* by Florida Health Solution, Corp. (Attachments: # 1 Exhibit A) (Pertnoy, Jeffrey) (Entered: 01/28/2020) |
| 02/03/2020 | 15 | REPLY to Response to Motion re 12 Defendant's MOTION to Set Aside Default *Defendant's Motion to Vacate Default* filed by Florida Health Solution, Corp.. (Silverman, Lawrence) (Entered: 02/03/2020) |
| 02/04/2020 | 16 | PAPERLESS ORDER granting 12 Motion to Vacate Default. The clerk's default is vacated. Defendant shall respond to the Complaint within ten (10) days of the date of this Order. Signed by Judge Darrin P. Gayles (hs01) (Entered: 02/04/2020) |
| 02/11/2020 | 17 | Defendant's MOTION to Dismiss 1 Complaint *or Alternatively, to Stay Proceedings Pending the U.S. Supreme Court's Decision in Barr v. Am. Assoc. Political Consultants* by |

| | | |
|---|---|---|
| | | Florida Health Solution, Corp.. Responses due by 2/25/2020 (Attachments: # 1 Exhibit A - Order, # 2 Exhibit B - Order Granting Stay)(Pertnoy, Jeffrey) (Entered: 02/11/2020) |
| 02/25/2020 | 18 | First AMENDED COMPLAINT against Florida Health Solution, Corp., filed by Robert Doyle.(Lehrman, Seth) (Entered: 02/25/2020) |
| 02/26/2020 | 19 | PAPERLESS ORDER denying as moot 17 Motion to Dismiss in light of Plaintiff's First Amended Complaint. Signed by Judge Darrin P. Gayles (hs01) (Entered: 02/26/2020) |
| 03/06/2020 | 20 | Defendant's MOTION to Dismiss 18 Amended Complaint *Defendant's Motion to Dismiss First Amended Complaint, or Alternatively, to Stay Proceedings Pending the U.S. Supreme Court's Decision in Barr v. Am. Assoc. Political Consultants* by Florida Health Solution, Corp.. Responses due by 3/20/2020 (Attachments: # 1 Exhibit A - Order, # 2 Exhibit B - Order Granting Stay)(Pertnoy, Jeffrey) (Entered: 03/06/2020) |
| 03/23/2020 | 21 | RESPONSE in Opposition re 20 Defendant's MOTION to Dismiss 18 Amended Complaint *Defendant's Motion to Dismiss First Amended Complaint, or Alternatively, to Stay Proceedings Pending the U.S. Supreme Court's Decision in Barr v. Am. Assoc. Political Consultants* filed by Robert Doyle. Replies due by 3/30/2020. (Eggnatz, Joshua) (Entered: 03/23/2020) |
| 03/24/2020 | 22 | Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to 18 Amended Complaint *Defendant's Unopposed Motion for Enlargement of Time to File Reply in Support of Motion to Dismiss First Amended Complaint* by Florida Health Solution, Corp.. (Attachments: # 1 Exhibit A - Proposed Order)(Pertnoy, Jeffrey) (Entered: 03/24/2020) |
| 03/25/2020 | 23 | PAPERLESS ORDER granting 22 Motion for Extension of Time. Defendant shall file its reply in support of its Motion to Dismiss on or before April 9, 2020. Signed by Judge Darrin P. Gayles (hs01) (Entered: 03/25/2020) |
| 03/25/2020 | | Reset Deadlines Per DE#23. Replies due by 4/9/2020. (cqs) (Entered: 03/25/2020) |
| 04/09/2020 | 24 | REPLY to Response to Motion re 20 Defendant's MOTION to Dismiss 18 Amended Complaint *Defendant's Motion to Dismiss First Amended Complaint, or Alternatively, to Stay Proceedings Pending the U.S. Supreme Court's Decision in Barr v. Am. Assoc. Political Consultants Defendant's Reply Supporting Motion to Dismiss or Stay [DE20]* filed by Florida Health Solution, Corp.. (Pertnoy, Jeffrey) (Entered: 04/09/2020) |
| 04/29/2020 | 25 | Notice of Supplemental Authority re 20 Defendant's MOTION to Dismiss 18 Amended Complaint *Defendant's Motion to Dismiss First Amended Complaint, or Alternatively, to Stay Proceedings Pending the U.S. Supreme Court's Decision in Barr v. Am. Assoc. Political Consultants Defendant's Notice of Supplemental Authority in Support of Motion to Dismiss or Stay [ECF No. 20]* by Florida Health Solution, Corp. (Attachments: # 1 Exhibit A) (Pertnoy, Jeffrey) (Entered: 04/29/2020) |
| 04/30/2020 | 26 | PAPERLESS ORDER granting in part 20 Defendant's Motion to Dismiss First Amended Complaint, or Alternatively, to Stay Proceedings. This action is STAYED pending the Supreme Court's decision in *Barr v. Am. Ass'n of Political Consultants, Inc.*, 140 S. Ct. 812 (2020), and closed for administrative purposes. Either party may move to reopen. This action is set for a Telephonic Status Conference at 10:00 a.m. on July 29, 2020. Counsel shall enter their appearances using the following dial-in information: **Dial-in Number 888-273-3658; Access Code 7032614; Security Code 5170**. Please dial in at least ten minutes before the Status Conference begins and wait until your case is called. Signed by Judge Darrin P. Gayles (hs01) (Entered: 04/30/2020) |

### PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 04/30/2020 18:22:34 | | | |
| **PACER Login:** | ml5443 | **Client Code:** | 055295-003 |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-24013-DPG |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |