JUDGE MICHAEL W. FITZGERALD
<u>SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET</u>

| Case No. | 20-cv-01068 |
|---|---|
| Case Name | Sensibaugh v. EF Education First, Inc. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [X] Jury Trial  *or*  [ ] Court Trial **(Tuesday at 8:30 a.m.)** Duration Estimate: ___4___ Days | TBD after class certification | 2/1/2022 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)** Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | TBD after class certification | 1/10/2022 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 8/30/2020 | 8/30/2020 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 1/26/2021 | 7/30/2021 | |
| Expert Disclosure (Initial) | | 3/26/2021 | 8/6/2021 | |
| Expert Disclosure (Rebuttal) | | 4/30/2021 | 9/3/2021 | |
| Expert Discovery Cut-Off | 14 * | 5/28/2021 | 10/1/2021 | |
| Last Date to *Hear* Motions (**Monday at 10:00 a.m.**) | 14 | TBD after class certification | 10/18/2021 | |
| Last Date to Conduct Settlement Conference | 12 | TBD after class certification | TBD | |
| For Jury Trial<br>♦ File Memorandum of Contentions of Fact and Law, LR 16-4<br>♦ File Exhibit and Witness Lists, LR 16-5.6<br>♦ File Status Report Regarding Settlement<br>♦ File Motions *In Limine* | 6 | TBD after class certification | TBD | |
| For Jury Trial<br>♦ Lodge Pretrial Conference Order, LR 16-7<br>♦ File Agreed Set of Jury Instructions and Verdict Forms<br>♦ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>♦ File Oppositions to Motions *In LImine* | 5 | TBD after class certification | TBD | |
| For Court Trial<br>♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel     ☒ Private Mediation     ☐ Magistrate Judge (with Court approval)

**EXHIBIT A**