FILED
CLERK, U.S. DISTRICT COURT

December 30, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FERNANDO L. AENLLE-ROCHA | ORDER OF THE CHIEF JUDGE<br><br>**20-206** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fernando L. Aenlle-Rocha,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Michael W. Fitzgerald to the calendar of Fernando L. Aenlle-Rocha:

| Case Number | Case Name |
|---|---|
| 2:17-cv-08412-MWF-JEMx | Rhonda Espinoza v. Princess Cruise Lines, Ltd. et al |
| 2:18-cv-04842-MWF-SP | Christopher Neff v. M. Ha et al |
| 2:19-cv-04733-MWF-KSx | Abbas Khajehnouri v. Target Corporation et al |
| 2:19-cv-05166-MWF-PLAx | Tal Hauser v. Wells Fargo Bank, National Association et al |
| 2:19-cv-05879-MWF-ASx | Chris Langer v. Golbahar Investments LLC et al |
| 2:19-cv-06769-MWF-MAAx | Antranik Minassian et al v. City of Montebello et al |
| 2:19-cv-09230-MWF-JDEx | Nike, Inc. v. Skechers U.S.A., Inc. |
| 2:20-cv-01068-MWF-PVCx | Shannon Sensibaugh v. EF Education First, Inc. |
| 2:20-cv-03348-MWF-Ex | Thurma J. Kelley v. Colonial Penn Life Insurance Company |
| 2:20-cv-03484-MWF-GJSx | Weintraub Financial Services Inc et al v. The Boeing Company et al |
| 2:20-cv-05779-MWF-AGRx | Kenneth Davidson v. Sinaco Oil 6, Corporation et al |
| 2:20-cv-05966-MWF-PJWx | CVB, Inc. v. Shenzhen Bigmouth E-Commerce Co., Ltd. et al |

In the Matter of the
Creation of Calendar for
District Judge Fernando L. Aenlle-Rocha                                                2

| | |
|---|---|
| 2:20-cv-06109-MWF-PLAx | State Health Fund of Bahia v. Ocean 26, Inc. et al |
| 2:20-cv-06949-MWF-KSx | Lasky Clinic Surgical Center, Inc. et al v. Sentinel Insurance Company Ltd. et al |
| 2:20-cv-08602-MWF-KSx | Antonio Fernandez v. Eugene Martnez et al |
| 2:20-cv-10104-MWF-PVCx | Michael Rhambo v. Robert Chan et al |
| 2:20-cv-10257-MWF-GJS | George Simmons v. Andrew Saul |
| 2:20-cv-11113-MWF-E | Toni Denice Moore v. Andrew Saul |
| 2:20-cv-11329-MWF-KSx | Veronica Perez v. Midland Credit Management, Inc. |
| 5:20-cv-01971-MWF-SPx | Jason Beinbrech v. Matthews International Corporation |

     On all documents subsequently filed in the case, please substitute the Judge initials FLA after the case number in place of the initials of the prior Judge.

DATED: December 30, 2020

_____
Chief Judge Philip S. Gutierrez