Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:   310-586-3202

Attorneys for Defendant
EF EDUCATION FIRST, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>EF EDUCATION FIRST, INC.,<br><br>    Defendant. | Case No.: 2:20-CV-01068-FLA-PVC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B<br><br>Complaint Filed: February 2, 2020<br>Trial Date:         None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SHANNON SENSIBAUGH ("Plaintiff") and Defendant EF EDUCATION FIRST, INC. ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action.  Each party shall bear his or its own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 8, 2022

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: /s/ E. Crystal Lopez
Joshua Briones
E. Crystal Lopez
Matthew Novian

Attorneys for Defendant
EF EDUCATION FIRST, INC.

Dated: September 8, 2022

HEDIN HALL LLP

By: */s/ Frank S. Hedin*
Frank S. Hedin

Attorneys for Plaintiff
and the Putative Class

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

/s/ E. Crystal Lopez
E. Crystal Lopez