Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

Attorneys for Defendant
EF EDUCATION FIRST, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all other similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>EF EDUCATION FIRST, INC.,<br>　　　　　　Defendant. | Case No.: 2:20-CV-01068-FLA-PVC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B<br><br>Complaint Filed: February 2, 2020<br>Trial Date:　　　None Set |

1

[PROPOSED] ORDER GRANTING
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1  **IT IS HEREBY ORDERED THAT**, good cause showing, Plaintiff SHANNON SENSIBAUGH ("Plaintiff") and Defendant EF EDUCATION FIRST, INC.'s joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is **GRANTED** in full.

Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated:

_____
HON. FERNANDO L. AENLLE-ROCHA
U.S. DISTRICT COURT JUDGE