JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SENSIBAUGH,<br><br>                    Plaintiff,<br><br>   v.<br><br>EF EDUCATION FIRST, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-01068-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 34]** |

On September 8, 2022, Defendant EF Education First, Inc. ("Defendant") filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") on behalf of the parties, requesting the court dismiss Plaintiff Shannon Sensibaugh's ("Plaintiff") individual claims with prejudice and the putative class members' claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 34. Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the Stipulation and ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES with prejudice Plaintiff's individual claims and DISMISSES without prejudice the putative class members' claims.

IT IS SO ORDERED.

Dated: September 8, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge